WILLIAM J. HASER v. JOAN H. WISKOWSKI, DIRECTOR OF
THE DIVISION OF MOTOR VEHICLES, STATE OF
NEW JERSEY.

January 26, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. SUSAN COHN.

January 26, 1982.

Certification is granted and the judgment of the Superior
Court, Appellate Division, is summarily modified and the matter
is remanded to the Superior Court, Law Division, for reconsider-
ation of the sentence imposed. Jurisdiction is not retained.

NEW JERSEY STATE PAROLE BOARD v. LEROY W. CAMP.

January 26, 1982.

Petition for certification denied.

JAMES PERILLO, SR. v. SALVATORE ROBERTO.

January 26, 1982.

Petition for certification denied.